IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**v.**                **Civil No. 05-6053**
                     **Criminal No. 94-60035-004**

**JAMES TURNER**                                          **DEFENDANT/MOVANT**

### O R D E R

Now on this 25th day of January, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document # 164), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendant's § 2255 motion is hereby **denied.**

                                           **/s/Jimm Larry Hendren**
                                           **HON. JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT JUDGE**